IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

---

BON SECOURS MEDICAL GROUP

HAMPTON ROADS SPECIALTY CARE LLC,

Plaintiff,

v. Civil Action No. 2:26-cv-244

SHARISSE STEPHENSON, M.D., M.B.A.,

Defendant.

---

**DEFENDANT'S NOTICE OF FILING EXHIBIT A**

**(STATE COURT COMPLAINT)**

Defendant Sharisse Stephenson, M.D., M.B.A., appearing pro se, hereby provides notice of filing of Exhibit A to the Notice of Removal filed in this action on March 12, 2026 (Dkt. 1).

At the time of filing the Notice of Removal, Defendant inadvertently did not attach the Complaint filed in the Circuit Court for the City of Suffolk, Virginia, bearing Case No. CL26000505-00. A true and correct copy is attached hereto as Exhibit A and incorporated by reference into the Notice of Removal as the state court pleading initiating this action.

This filing is submitted to complete the record as required under 28 U.S.C. § 1446(a), which directs the removing party to file "a copy of all process, pleadings, and orders served upon such defendant" in the state court action.

Respectfully submitted,

______________________

**Sharisse Stephenson, M.D., M.B.A.,** Pro Se Defendant

3235 Little River Drive Dallas, Texas 75241
412-512-9477
sharissestephenson@hotmail.com
Dated: 3/15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2026, a true and correct copy of the foregoing was served upon Plaintiff's counsel of record via electronic mail and U.S. Mail, first class postage prepaid, addressed as follows:

Matthew J. Hundley, Esq.

Diana M. Miller, Esq.

Butler Snow LLP

919 E. Main Street, Suite 600

Richmond, Virginia 23219

matthew.hundley@butlersnow.com

________________________________

Sharisse Stephenson, M.D., M.B.A.