IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION


BON SECOURS MEDICAL GROUP

HAMPTON ROADS SPECIALTY CARE LLC,

Plaintiff,


v.

Case No. 2:26-cv-244


SHARISSE STEPHENSON, MD, MBA

Defendant.


## DEFENDANT'S ANSWER TO COMPLAINT


Defendant Sharisse Stephenson, M.D., appearing pro se, responds to the Complaint as follows:

### GENERAL DENIAL

Defendant denies each and every allegation in the Complaint except those expressly admitted below.


### PARTIES

1. Admitted.

2. Admitted.

### JURISDICTION AND VENUE

3. Denied.

1

## REMAINING ALLEGATIONS

Defendant denies all remaining allegations in the Complaint.

## AFFIRMATIVE DEFENSES

Without waiving any defenses, Defendant asserts:

1. Failure to state a claim upon which relief can be granted.

2. The amounts claimed are disputed.

3. Plaintiff has failed to meet conditions precedent.

4. Any alleged debt is discharged or waived pursuant to the terms of the parties' agreement, including provisions applicable upon involuntary termination.

5. Any alleged debt is subject to offset and/or accounting.

6. Reservation of all additional defenses.

## RESERVATION OF RIGHTS

Defendant reserves the right to amend this Answer and assert additional defenses and counterclaims.

## WHEREFORE

Defendant respectfully requests that the Court dismiss the Complaint and grant such other relief as the Court deems just and proper.

Respectfully submitted,

Sharisse Stephenson, M.D., Pro Se

3235 Little River Drive

Dallas, Texas 75241

412-512-9477

sharissestephenson@hotmail.com

Date: 3/29/26

2

## CERTIFICATE OF SERVICE

I certify that on April 1, 2026, a true and correct copy of this Answer was filed with the Court and served on Plaintiff's counsel via email and/or first class mail:

Matthew J. Hundley, Esq.

Butler Snow LLP

919 E. Main Street, Suite 600

Richmond, VA 23219

matthew.hundley@butlersnow.com

Sharisse Stephenson, MD, MBA

3/29/26

3